UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-20523-CIV-SEITZ/DUBÉ

ABEL RODRIGUEZ,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

<b><u>ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION</u></b>

THIS MATTER is before the Court upon the Report and Recommendation ("Report") [DE 30] of the Honorable Robert L. Dubé, United States Magistrate Judge to which no party filed an objection. Magistrate Judge Dubé recommends that Defendant's motion for summary judgment [DE 22] be granted and that Plaintiff's motion for summary judgment [DE 21] be denied. In summary, Magistrate Judge Dubé determined that the record contains substantial evidence to support the decision of the Administrate Law Judge and that the correct legal standards were applied to determine that Plaintiff was not disabled within the meaning of the Social Security Act. The Court has carefully reviewed, *de novo*, Judge Dubé's Report, and the record, and fully agrees with Judge Dubé's thorough and well-reasoned analysis of the claim at issue. Based on the legal analysis set forth in the Report and noting that no objections have been filed, it is hereby

ORDERED that

(1) Judge Dubé's Report and Recommendation [DE 30] is AFFIRMED and ADOPTED;

(2) Defendant's motion for summary judgment [DE 22] is GRANTED;

(3) Plaintiff's motion for summary judgment [DE 21] is DENIED;

(4) All pending motions not otherwise ruled upon are DENIED AS MOOT; and

(5) This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 28th day of January, 2011.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Dubé
       Counsel of Record